| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No.  09 B |
| Name of Debtor (if individual, enter Last, First, Middle:<br>**NESHRA, LTD.** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8)  years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-XXXX | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor:<br>2945 W. Peterson Av., Suite 200<br>Chicago, Illinois  60659 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |
| Location of Principal Assets of Business Debtor (if different from street address): | |

**Type of Debtor**
\_\_ Individual
\_\_\_ Corporation
\_X\_\_ Partnership
\_\_\_ Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
\_\_ Health Care Business
\_\_ Single Asset Real Estate as defined
     in 11 U.S.C. Section 101(51B)
\_\_ Railroad
\_\_ Stockbroker
\_\_ Commodity Broker
\_\_ Clearing Bank
\_\_ Other
**Tax-Exempt Entity**
\_\_ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code of Filing**
\_\_ Chapter 7           \_\_ Chapter 15 Petition
\_\_ Chapter 9            for Recognition of
\_X\_Chapter 11         Foreign Main Proceeding
\_\_ Chapter 12         \_\_ Chapter 15 Petition for
\_\_ Chapter 13          Recognition of a Foreign
                                  Nonmain Proceeding
**Nature of Debts**
\_\_ Primarily Consumer  \_X\_ Primarily business Debts, defined in 11 USC 101(8) as "incurred by an individual primarily for a personal, family or house- hold purpose."

**Filing Fee**
\_X\_ Full filing fee attached
\_\_ Filing fee to be paid in installments (individuals only).  Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.

\_\_ Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**
\_X\_Debtor is a small business under 11 USC 101(51D).
\_\_ Debtor is not a small business under 11 USC 101(51D).

\_X\_ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Statistical / Administrative Information**
\_\_\_\_ Debtor estimates that funds will be available for distribution to unsecured creditors.
\_X\_\_ Debtor estimates that, after exempt property is excluded and administrative expenses
         paid, there  will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X\_\_   1 – 49          \_\_\_\_   50 – 99          \_\_\_\_   100 or more
**Estimated Assets**
\_\_       $0 – $50,000         \_\_\_\_        $50,001 - $100,000 \_X\_ $100,001 or greater
**Estimated Debts**
\_\_       $0 – $50,000         \_\_\_\_        $50,001 - $100,000 \_X\_\_ $100,001 or greater

| **VOLUNTARY PETITION** | Name of Debtor(s): | Page 2 |
|---|---|---|

**NESHRA, LTD.**

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:        Case Number:        Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:        Case Number:        Date of Filing:
District:                  Relationship:       Judge:

**Exhibit A**
 (To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts
are primarily consumer debts)
I,  Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the
foregoing Petition, declare that I have informed the Petitioner(s) that
she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to her the relief available under each
Chapter.  I certify that I have delivered to Debtor the notice required by
Title 11 USC Section 342(b).

_____
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.   If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__  There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__  Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__  Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__  Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

**VOLUNTARY PETITION**            Name of Debtor(s):                          Page 3
**NESHRA, LTD.**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. and that I have been authorized to file this Petition on behalf of the Debtor.

Debtor requests the relief in accordance with the Chapter of Title 11 United States Code specified in this petition.

Debtor **NESHRA, LTD.**

_____/s/_____
Signature of Authorized Individual

_____/s/_____
Printed Name of Authorized Individual

_____/s/_____
Title of Authorized Individual

_____11/25/2009_____
Date

**Signature of Attorney***

Respectfully submitted,

By:_____/s/\_Michael J. Greco \_\_\_
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   November 25, 2009

**In re:  NESHRA, LTD.,    Debtors    Case No. 09B**

**SCHEDULE E  --  Creditors Holding Unsecured Priority Claims**

_____ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.  -941<br>United States Department of Treasury<br>Internal Revenue Service<br>230 S. Dearborn St.<br>Chicago, IL  60603 | | Payroll  Taxes / -941 | | $39,782.26 |
| | | | TOTAL | $39,782.26 |

\_\_0\_\_ continuation sheets attached                               (Report also on Summary of Schedules)

**In re: NESHRA, LTD.,    Debtors    Case No. 09B**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. 7770684<br>Joseph Freed & Assoc.<br>33 S. State St., Suite 400<br>Chicago, IL  60603-2802 | | Commercial Credit line | | $43,140.45 |
| Acct No.<br>Integrys Energy Service, Inc.<br>PO Box 19046<br>Green Bay, WI  54307-9046 | | Utility | | $29,434.70 |
| Acct No. 312675<br>Broadway Bank<br>5960 N. Broadway<br>Chicago, IL  60660 | | Commercial Credit line | | $48,167.34 |
| Acct No. 130009500<br>Alliance Laundry Systems<br>Shepard Street<br>PO Box 990<br>Ripon, WI  54971-0990 | | Equipment Credit line | | $165,424.52 |
| Acct No. 130009503<br>Alliance Laundry Systems<br>Shepard Street<br>PO Box 990<br>Ripon, WI  54971-0990 | | Equipment Credit line | | $96,462.59 |
| Acct No. 2044530100<br>Devon Bank<br>6445 N. Western Ave.<br>Chicago, IL  60645 | | Commercial Credit line | | $223,581.48 |

                                                                TOTAL      $606,211.08

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  NESHRA, LTD.,      Debtors      Case No. 09B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of one sheet, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        11/25/2009

                    Signature (electronic):_____/S/_____
                            **NESHRA, LTD., by Albert Daoud,**
                            **President of NESHRA, LTD.**

Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254